# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY LADEAN WOOTEN, Individually, as the Personal Representative of the ESTATE OF JAY THOMAS WOOTEN, and as parent and natural guardian of KARI WOOTEN, TRENT WOOTEN, KAITLAND WOOTEN, and JAY WOOTEN, JR., minors,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY; a Delaware corporation; TRW VEHICLE SAFETY SYSTEMS, INC., a Delaware corporation; TRW AUTOMOTIVE U.S. LLC, a Delaware corporation; TRW AUTMOTIVE INC., a Delaware corporation; NORTHGROP GRUMMAN SPACE AND MISSION SYSTEMS CORPORATION, an Ohio Corporation; TRW INC., a Delaware corporation, And DOE BUSINESS ENTITIES XI Through XX,<br><br>Defendants. | Case No: 2:09-CV-00456<br><br><br>**ORDER GRANTING STIPULATED MOTION TO SEAL PETITION FOR COMPROMISE OF MINORS' CLAIM AND ATTACHED EXHIBITS**<br><br>(ELECTRONIC FILING CASE) |

THE COURT, having reviewed the Stipulated Motion to Seal Petition for Compromise of Minors' Claim and Attached Exhibits, and being otherwise fully informed on the premises, hereby

GRANTS the Motion. Plaintiffs' Petition for Compromise of Minors' Claim and its Exhibits are hereby SEALED. Exhibits B and C need not be served on Defendants.

Done and signed this ___ 6th day of July, 2010.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE