*Attorneys for Plaintiffs*

J. MITCHELL COBEAGA, ESQ.
mcobeaga@cotomlaw.com
Nevada Bar No. 0177
THE COBEAGA LAW FIRM
550 East Charleston Blvd., Suite D
Las Vegas, Nevada 89104
Telephone: (702) 240-2499
Facsimile: (702) 240-2489

STUART A. OLLANIK
sollanik@auto-law.com
Colorado Bar No. 16637 (Admitted Pro Hac Vice on 6/25/2009)
GILBERT, OLLIANIK & KOMYATTE, P.C.
5400 Ward Rd., Bldg. IV, Ste. 200
Arvada, Colorado 80002
Telephone: (303) 431-1111
Facsimile: (303) 431-1633

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMILY LADEAN WOOTEN, Individually, as the Personal Representative of the ESTATE OF JAY THOMAS WOOTEN, and as parent and natural guardian of KARI WOOTEN, TRENT WOOTEN, KAITLAND WOOTEN, and JAY WOOTEN, JR., minors,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY; a Delaware corporation; TRW VEHICLE SAFETY SYSTEMS, INC.; a Delaware corporation; TRW AUTOMOTIVE U.S. LLC, a Delaware corporation; TRW AUTOMOTIVE INC., a Delaware corporation; NORTHGROP GRUMMAN SPACE AND MISSION SYSTEMS CORPORATION, an Ohio Corporation; TRW, INC., a Delaware corporation; and DOE BUSINESS ENTITIES XI Through XX,<br><br>Defendants. | Case No.: 2:09-CV-00456<br><br>**ORDER GRANTING PETITION FOR COMPROMISE OF MINORS' CLAIM** |

THE COURT, having reviewed the Petition for Compromise of Minors' Claim (Item 55), and being otherwise fully informed on the premises, and there being no opposition thereto, hereby

1   ORDERS that the Petition for Compromise of Minors' Claim is GRANTED.

2   Done and signed this 20th day of July, 2010.

       *(signature)*
       ROBERT J. JOHNSTON, MAGISTRATE JUDGE

6   Submitted by:

   *(signature)*
   J. MITCHELL COBEAGA, ESQ.
   Nevada Bar No. 0177
   THE COBEAGA LAW FIRM
   550 East Charleston Blvd., Suite D
   Las Vegas, Nevada 89104

THE COBEAGA LAW FIRM
ATTORNEYS & COUNSELORS AT LAW
228 South Fourth Street
Las Vegas, Nevada 89101
Tel (702) 240-2499
Fax (702) 868-8473 · (702) 240-2489